925 F.2d 419
 54 Fair Empl.Prac.Cas. 1560
 Reynolds (Margaret)
v.
Atlantic City Convention Center Authority, Dolan (Joseph),
Persina (Howard), Minton (Andrew), Sykes (Thomas), John Does
One through Four, International Brotherhood of Electrical
Workers, Local 211, Fenwick (George), Leeds (David), Breeden
(Joseph), Bishop (James), Marion (Bernard)
 NO. 90-5560
 United States Court of Appeals,
Third Circuit.
 JAN 28, 1991
 
 Appeal From: D.N.J.,
 Gerry, J.
 
 
 1
 AFFIRMED.